No. 72–664. BECKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–672. POGUE *v.* RETAIL CREDIT CO. C. A. 4th Cir. Certiorari denied.

No. 72–674. BALDWIN-LIMA-HAMILTON CORP. *v.* AETNA CASUALTY & SURETY CO. ET AL. Sup. Ct. Conn. Certiorari denied.

No. 72–678. FORD, DBA FORD RECORDS *v.* FORD MOTOR CO. C. C. P. A. Certiorari denied.

No. 72–697. JEMCO, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 72–706. E. A. MCQUADE TOURS, INC. *v.* CONSOLIDATED AIR TOUR MANUAL COMMITTEE ET AL. C. A. 5th Cir. Certiorari denied.

No. 70–709. RIALTO THEATRE CO. ET AL. *v.* CITY OF WILMINGTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–711. GERNETH ET AL. *v.* CITY OF DETROIT. C. A. 6th Cir. Certiorari denied.

No. 72–714. CALIFORNIA *v.* MUNICIPAL COURT FOR THE SACRAMENTO MUNICIPAL COURT DISTRICT OF SACRAMENTO COUNTY ET AL. (ALFORD, REAL PARTY IN INTEREST). Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 72–728. BERGENTHAL *v.* CADY, WARDEN. C. A. 7th Cir. Certiorari denied.